IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-124-AP**

IN RE:

**WESTERN INTEGRATED NETWORKS, LLC,**

      Debtor.

**TOM H. CONNOLLY, as liquidating trustee of the Consolidated WIN Liquidating Trust**,

      Plaintiff/Appellee,

v.

**FIBER INSTRUMENT SALES, INC.,**

      Defendant/Appellant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulated Motion to Dismiss Appeal (doc. #22), filed April 19, 2007, it is

**ORDERED** that this case is **DISMISSED**, the parties to bear their own costs and attorney fees.

Dated this 24th day of April, 2007.

                                          BY THE COURT:

                                          *S/John L. Kane*
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT